# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

December 18, 2019

**BY EMAIL AND ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

RE: *United States v. Dony Paulino*, 16-cr-44 (KPF)

Dear Judge Failla:

    I am writing to request respectfully a temporary modification of Dony Paulino's bail conditions.

    Mr. Paulino proposes to drive with his wife and children to Worchester, Massachusetts, where they would stay with Mr. Paulino's younger brother for Christmas. Mr. Paulino would leave on December 23 and return on December 26, 2019. He has provided me with his brother's address and telephone number, and I will provide it to Pretrial Services. I have been in touch with AUSA Max Nicholas, Pretrial Services (PTS) in this District and in the District of New Jersey where Mr. Paulino is supervised. They consent to this request.

    Thank you for your consideration.

Sincerely,

Jill R. Shellow

cc: AUSA Max Nicholas (by ECF and email)
      Bernisa Mejia, SDNY PTS
      David Hernandez, DNJ PTS

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC

Application GRANTED.

Dated:     December 18, 2019         SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE