# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
All correspondence to: 80 Broad Street, Suite 1900, New York, NY 10004

January 28, 2020

**BY EMAIL AND ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov



RE: *United States v. Dony Paulino*, **16-cr-44 (KPF)**

Dear Judge Failla:

    I am writing to request respectfully a temporary modification of Dony Paulino's bail conditions.

    Mr. Paulino respectfully requests permission to drive with his wife and children to Worchester, Massachusetts, where they would stay with Mr. Paulino's younger brother. Mr. Paulino would leave the SDNY on February 7 and return on February 9, 2020. Mr. Paulino previously provided contact information for his brother to me and to Pretrial Services when he visited his brother at Christmas time. I have been in touch with AUSA Max Nicholas, Pretrial Services (PTS) in this District and in the District of New Jersey where Mr. Paulino is supervised. On behalf of the US Attorney's Office, Mr. Nicholas consents to this request; PTS defers to the position of the US Attorney's Office.

    Thank you for your consideration.

                                                  Sincerely,

                                                Jill R. Shellow

cc:    AUSA Max Nicholas (by ECF and email)
       Bernisa Mejia, SDNY PTS
       David Hernandez, DNJ PTS

**Connecticut Office**: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC

Application GRANTED.

Dated: January 28, 2020
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE